**Order filed January 4, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00019-CV**
_____

**BAYTOWN AGAPE COMMUNITY SERVICES, INC., Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-18127**

---

# O R D E R

The clerk's record was filed March 15, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain,

- The Final Judgment signed October 18, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 17, 2023**, containing the above item(s).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Justices Wise, Jewell, Poissant.